```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE F05-0033--CR (RRB)
                    "USA V WENDY AMMASI"
                    DEF 1.1 AMMASI, WENDY

       Including terminated defendants, excluding terminated counsel


    Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:  The Honorable Terrance W. Hall, U.S. Magistrate Judge
             Filed:  09/12/05
            Closed:  NO
No. of Defendants:  1
    MJ Case Number:
               AKA:
   Location status:  Released on Own Recognizance
        Trial date:
        Terminated:  NO
 Needs interpreter:  NO
 Counsel of record:  Mary Jane Haden
                    Federal Public Defender
                    550 W. 7th Avenue, Suite 1600
                    Anchorage, AK 99501
                    907-646-3400
                    FAX 907-646-3480
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record:  Karen L. Loeffler
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial


Counts re: DEF 1.1 AMMASI, WENDY

Document            Count     Citation and Description                         Disposition
────────────────    ─────     ──────────────────────────────────────────       ───────────
   1 -   1 INF        1       18:1711 MISAPPROPRIATION OF POSTAL FUNDS (F)     Pending
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE F05-0033--CR (RRB)
                                  "USA V WENDY AMMASI"

                                   For all filing dates
```

```
  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
 Magistrate Judge:  The Honorable Terrance W. Hall, U.S. Magistrate Judge
            Filed: 09/12/05
           Closed: NO
No. of Defendants: 1
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 09/12/05 | [Re: DEF 1] PLF 1 Information. |
| 2 - 1 | 09/15/05 | [Re: DEF 1] TWH Minute Order setting arraignment for October 14, 2005 at 10:00 a.m. in Fairbanks.  cc: USA; USM; USPO; FPD. |
| NOTE - 1 | 09/21/05 | Issued: summons |
| 2 - 2 | 09/21/05 | Return of summons issued by USM on 09/20/05. |
| 3 - 1 | 10/12/05 | [Re: DEF 1] PLF 1 Notice of discovery conference certificate. |
| 4 - 1 | 10/18/05 | [Re: DEF 1] RRB Court Minutes [ECR: Carolyn Bollman] arraignment held 10/14/05 unsecured bond set at $5000, pretrial motions due 11/03/05, trial date set for 12/05/05, RRB advised court that if settlement reached COP is scheduled for 10/21/05 at 8:30 a.m.cc: USA, USM, USPO, FPD, MJ Hall, Judge Beistline. |
| 5 - 1 | 10/19/05 | [Re: DEF 1] Financial Affidavit. |
| 6 - 1 | 10/19/05 | [Re: DEF 1] Order setting conditions of release cc: USA, USM, USPO, FPD, MJ Hall. |
| 7 - 1 | 10/19/05 | [Re: DEF 1] Waiver of indictment. |
| 8 - 1 | 10/19/05 | [Re: DEF 1] TWH Order regarding preparation for trial discovery due by 10/14/05, pretrial motions due 11/3/05 cc: USA, USPO, Haden, USM, MJ Hall |
| 9 - 1 | 10/19/05 | [Re: DEF 1] Unsecured Appearance bond of $5000. |
| 10 - 1 | 10/19/05 | DEF 1 Notice of Intent to Change Plea. |
| 11 - 1 | 10/21/05 | [Re: DEF 1] RRB Court Minutes [ECR: Jennifer Roberts]  Change of Plea hearing held 10-21-05.  Changed plea to guilty on Ct 1 of the Information. IOS set for 12-28-05 at 10:00 a.m. in Fairbanks. TBJ of 12/5/05 vacated. Defendant remains on bond with previously set bail conditions remaining in effect.  cc: USA; USM; USPO; MJ Haden. |