**FILED**
DEC 28 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ TG _____ Deputy

MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __WENDY AMMASI__     CASE NO. __F05-0033 CR(RRB)__
Defendant: X Present

BEFORE THE HONORABLE: __RALPH R. BEISTLINE__

DEPUTY CLERK/RECORDER: __TINA J GROTHAUSE__

UNITED STATES' ATTORNEY: __KAREN LOEFFLER (telephonic)__

DEFENDANT'S ATTORNEY: __M.J. HADEN__

U.S.P.O.: __MARCI LUNDGREN__

PROCEEDINGS: IMPOSITION OF SENTENCE Held 12/28/2005:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:00 a.m. court convened.

X Notice of Appeal form given to defense counsel.

X Court stated findings/reasons pursuant to sentencing guidelines.

X Sentence imposed as stated in the judgment.

X OTHER: __Court ordered if Defendant does not make a good faith attempt to pay restitution, interest shall be assessed as of date of sentencing. If an attempt is made and agreeable to the Probation officer, Interest will be waived. The matter should be assessed in 2 ½ years.__

At 10:19 a.m. court adjourned.

DATE: __12/28/2005__          DEPUTY CLERK'S INITIALS: __tg__

F05-0033--CR (RRB)
M. HADEN (FPD)
K. LOEFFLER (US ATTY)
US MARSHAL
US PROBATION
JUDGE BEISTLINE

12-28-05
TG

13