Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

RECEIVED

AUG 2 1 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

## UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF ALASKA

UNITED STATES OF AMERICA

V                                    Case No. 4:05-CR-0033-001 (RRB)

WENDY AMMASI

On December 28, 2005, the above-named was placed on probation for a period of five years. The defendant has complied with the rules and regulations of probation and is no longer in need of supervision. The defendant has paid her court ordered $21,579.18 in restitution and complied with all other conditions imposed by the Court.

Her husband has experienced significant medical problems, which requires the defendant's wholehearted attention. It is accordingly recommended that Wendy Ammasi be discharged from supervision. The U.S. Attorney's Office has been consulted and has no objection to an early termination from supervision.

Respectfully submitted,

REDACTED SIGNATURE

Toni M. Ostanik                                    Date
U.S. Probation/Pretrial Services Officer

REDACTED SIGNATURE

Eric D. Odegard
Supervising U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Date this 21 day of August , 20 07.

REDACTED SIGNATURE

Ralph R. Beistline
U.S. District Court Judge